**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| PRISCILLA RATCLIFF,<br><br>        Plaintiff,<br><br>     v.<br><br>CALIFORNIA INSTITUTION FOR WOMEN, et al.,<br><br>        Defendants. | No. 5:22-cv-01638-SVW-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted.

2.    Defendant Brittain's Motion for Summary Judgment is denied.

3.    The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: October 2, 2024

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE