UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PRISCILLA RATCLIFF,<br>　　　　Plaintiff,<br>　　v.<br>CALIFORNIA INSTITUTE FOR WOMEN, et al.,<br>　　　　Respondents. | No. 5:22-cv-01638-SVW-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Defendants' Motion for Summary Judgment (ECF 56-1) is **granted in part**, to the extent that it seeks summary judgment on Plaintiff's request for mental or emotional distress damages.

3. Defendants' Motion is otherwise **denied**.

4. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED:  December 4, 2025

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE