**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| PRISCILLA RATCLIFF,<br>              Plaintiff,<br>vs.<br><br>DENIS BRITTAIN,<br><br>              Defendant. | Case No: 5:22-cv-01638-SVW-BFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers parties' Proposed Stipulated Protective Order, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

IT IS SO ORDERED.

DATED: ___April 22___, 2026   _____

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE